UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------X
BC Insurance SA.      :
on its own behalf                              :
and as placing brokers and agents for         :
EUROBULK LTD.,                                 :     ___-_____
                                               :
              Plaintiff,                       :
                                               :
    - against -                                :
                                               :
REDBRIDGE INSURANCE                            :
COMPANY LTD                                    :
                                               :
              Defendant.                       :
-----------------------------------------------------X

## DECLARATION IN SUPPORT OF MARITIME ATTACHMENT

I, ANDREA SERRA declare, under the penalty of perjury of the laws of the United States of America, as follows:

1.     I hold the position of PRESIDENT at BC Insurance SA ("BC Insurance" or "Plaintiff") and am authorized to make this declaration on behalf of BC Insurance SA, as acting on its own behalf and as placing broker and agent for the insured Eurobulk Ltd. and its subsidiaries and affiliates insofar as they are interested.

2.     I have personal knowledge of the facts which form the basis of this Action which seeks security for claims against defendant Redbridge Insurance Company Ltd. ("RICL" or "Defendant") through my personal participation in directing this dispute and based upon my review of relevant documents and communications.

3.     This action concerns Defendant's breach of a marine insurance policy by failing to pay indemnities associated with undisputed amounts owed in connection with claims covered by the policy.



4.      The insured Eurobulk Ltd. retained the services of BC Insurance, among others, to procure hull and machinery marine insurance coverage for its fleet of vessels for the underwriting year November 1, 2021 to October 31, 2022.

5.      The Cover Note for underwriting year November 1, 2021 to October 31, 2022 was negotiated through a chain of several producing and placing brokers and Defendant Redbridge Insurance Company Ltd.  This is a common practice in the business of marine insurance.

6.      Attached hereto as **Exhibit 1** is a true and accurate copy of the cover note number A108/2021.  The Cover Note indicates that Redbridge Insurance Company Ltd. underwrote 2.5% of the coverage associated with this insurance policy.  The Cover Note provides for application of English and Welsh law and jurisdiction.

7.      At no time did any representative of the Plaintiff travel to the State of Florida to negotiate this insurance policy.  I am also unaware of any other brokers through which this insurance was placed traveling to Florida or negotiating with any representatives of the Defendant in Florida.

8.      Plaintiff's understanding of Defendant's status is that it is a Barbados corporate entity, and no indication was ever provided to Plaintiff or Eurobulk Ltd suggesting that Defendant was doing business in Florida or had any connection to Florida. Attached as **Exhibit 2** is a copy of Redbridge's promotional material provided during the policy negotiations.

9.      This dispute concerns Defendant's failure to pay indemnities owed under the insurance policy, evidenced by the cover note. Specifically, Defendant failed and continues to fail to pay its share (2.5%) of indemnity, and/or to release specific guarantee, as the case may require, for claims paid under this policy year. This is a breach of the insurance policy.

2



10.     During the coverage period, RICL was obligated to pay its portion of an indemnity of USD$196,725.18 plus interest to Eurobulk Ltd. in connection with three covered claims relating to two vessels under the policy.  Defendant failed to pay its portion of the claims.

11.     Defendant has offered no explanation for its non-payment of these undisputed amounts owed to Plaintiff.

12.     This action is being pursued in the name of BC Insurance SAon its own behalf and as broker and agent for the insured Eurobulk Ltd. and its interested affiliates and subsidiaries. Plaintiff also brings this suit on behalf of and for any other third parties who may have an interest in the outcome of this dispute, as their interests may appear.  Plaintiff is authorized to bring this action and is the real party in interest to these proceedings.

13.     To date, the principal claim of Plaintiff against Defendant is USD$196,725.18.

14.     In response to Plaintiff's numerous demands for payment from Defendant for its share of obligations under the insurance policy, to date, Defendant's has offered no response or explanation.

15.     Other than the 2.5% owed from Defendant, all other amounts due and owing under the insurance have been paid.

16.     If this matter is not promptly settled by Defendant, once the claim is secured, Plaintiff will institute suit in the Courts of England or Wales in accordance with the Cover Note.

I declare under penalty of perjury of laws of the United States of America, that the foregoing is true and correct.



Executed on May 2, 2024

3

# EXHIBIT 1



**ATL MARINE & ENERGY LTD**
**First floor, 35 New Broad Street**
**London EC2M 1NH**
**UK**

Paradiso, 10th February2022

## COVER NOTE A108/2021

|  |  |
|---|---|
| **Objects:** | **EUROBULK LTD.** |

**TYPE**: Hull and Machinery etc. and everything connected therewith valuedas per schedules attached

**INSURED**: Eurobulk Ltd. and/or Owners and/or Subsidiary and/or Affiliated and/or Associated Companies and/or respectively for account of whom it may concern as per schedule C attached.

It is noted and agreed that Underwriters will not seek to exercise subrogation rights against Eurobulk Ltd.

**ADDRESS**: 4 Messogiou & Evropis St. – 15125 Maroussi - Greece

**PERIOD**: 12 CALENDAR MONTHS from 00.00 hrs. (GMT) of 1st November 2021

**VESSELS**: ███████████████████████
Including new and/or added and/or acquired and/or managed and/or chartered vessels held covered at terms and conditions to be agreed by the Agreement Parties specified herein.

**INTERESTS**: Hulls, Machinery, Materials Outfit and everything connected therewith. Nothing excluded as per schedule B attached and deemed agreed.

**SUM INSURED:**
**For 100%** As per the attached Schedule B

**TRADING**: Subject to International Navigating Conditions 1.11.03 or held covered; Breach of Navigating Limit Requirements Clause JH2011/002 dated 8th March 2011.

[Digitare qui]
bc insurance sa
Via S. Salvatore, 7
CH-6900 Paradiso, Lugano - Switzerland

Tel.: +41 91 2251 067
E-mail: info@bcinsurance.ch

VAT - CHE 393.478.000 IVA
CHF: 100.000 / FINMA 31842


www.bancosta.com

bc insurance SA

LUGANO

**CONDITIONS:**  This cover is granted at the conditions of the attached "Institute Time Clauses - Hulls" (ed. 1.10.83) excluding Collision Liability absolutely (Cl. 8 deleted), with the following amendments:

- Cl. 1.1.2: deleted.
- Cl. 12.1.: t[redacted] each vessel, but [redacted] for each vessel, for all claims, each and every accident, excluding Total Loss and/or Constructive Total Loss.
- Clause 15 deleted and replaced by Clause 2.7 of Codex 2006 as follows:

"Any claim for the cost of scraping, grit-blasting or other surface preparation or painting of the bottom or other plating of the Ship shall be limited to areas of the Ship requiring repairs due to damage covered by the Insurance"

- Cl. 22.1.2.: deleted.
- Including General Average, Salvage, Salvage Charges and Special Charges to be adjusted in accordance with York/Antwerp Rules 1950 or 1974 as amended 1990 or 1994 (unamended) or any subsequent amendments/revisions thereto at Owner's option.
- Insured value as stated is deemed to be fixed and agreed

Including the following Clauses herewith attached:

"Institute Additional Perils Clause – Hulls" (1.10.83) only for vessels built after 2000 and for m/vls Pantelis;

"Small General Average Clause" u[redacted] for containers vessels and [redacted] be paid in full without recourse to other contributing interests.

Annual Aggregate Deductible [redacted] on all claims but excluding TLO/CTL etc.- for Cattolica Market only.

Adjusters' fees not deemed to be part of the above amount.

"Affiliated Companies Clause";

"Leased Equipment Clause";

"Pilots Non Liability Clause";

"Part(s) Removed Clause";

"Helicopter Permission Clause";

"Towage Contract Clause";

"Passenger Equipment Clause";

"US Vessel Response Plans – Final Rule";

"Special Cancellation Clause"; "Assignment Clause";

"Minimal Value Processing Clause";

"Contracts (Rights of Third Parties) Act 1999 Exclusions Clause";

"Single Policy only for Composite Assureds";

"Institute Radioactive Contamination Chemical Biological; Bio- Chemical and Electromagnetic Weapons Exclusion Clause" (10.11.03 – cl 370) with cl.26 of ITCH deemed deleted;

"In respect of Terrorism perils only: Marine Cyber Endorsement – LMA5403";

[Digitare qui]
bc insurance sa
Via S. Salvatore, 7
CH-6900 Paradiso, Lugano - Switzerland

Tel.: +41 91 2251 067
E-mail: info@bcinsurance.ch

VAT - CHE 393.478.000 IVA
CHF: 100.000 / FINMA 31842



www.bancosta.com



"Violent Theft, Piracy and Barratry Exclusion Clause" (JH 2005/46); "Sanctions Limitation and Exclusion Clause" (JH 2010/009); "Deferred Premium Clause";
"As far as the interests of Mortgagees, if any, are concerned, each vessel covered under this policy is deemed to be separately insured""Communicable Disease Exclusion Clause JH 2020-007A".

**TRIA 2002**
**EXCLUSION CLAUSE:** It is hereby notice and agreed that, pursuant to and in compliance with the Terrorism insurance Act of 2002, section 105 © and subject to all other policy terms and conditions, the Assured has authorised the maintenance and reinstatement of the terrorism risk exclusion asdefined in the Additional Conditions/attached Wording of the policy.

**FOLLOW**
**CLAUSE:** Underwriters hereon to follow claims settlement of Leading Underwriters (Messrs Gard AS) in every respect but excluding ex-gratia settlements.

**CHOICE OF LAW**
**AND JURISDICTION:** Subject to English and Welsh Law and Jurisdiction.

**DOMICILE CLAUSE:** For all purposes and effect of the present policy, the Assured declares to elect domicile care of Messrs. Banchero Costa SA and this is also in connection with the possible rejection of the notice of abandonment from the Insurers.

**GUARANTEE**
**CLAUSE:** In the event of third party liability for risks covered by this policy, upon Assured's request, Underwriters shall give letter of guarantee inorder to avoid the seizure of the vessel or to obtain vessel unseizure. The Underwriters' liability is limited to the release of the their letter of guarantee (excluding any bank guarantee or otherwise) within the terms of warranty covered by the policy and subject to all premiums due already paid.

**CANCELLI**
**NGRETURN**
**ONLY (C.R.O.):** The present Policy is subject to the clause "C.R.O. - Cancelling Return Only". Consequently no return of premium can be allowed to the Assured for lay-up periods, if any, but 40% return in case of laid up Not Under Repair in an approved area (min. laid up period 30 days).

**FULL PREMIUM**
**ANNUAL CLAUSE:** It is agreed and understood that in the event Total Loss or Constructive Total Loss or Abandonment of any of the vessels, evenin case of a compromised settlement of the claim by the

[Digitare qui]
bc insurance sa
Via S. Salvatore, 7
CH-6900 Paradiso, Lugano - Switzerland

Tel.: +41 91 2251 067
E-mail: info@bcinsurance.ch

VAT - CHE 393.478.000 IVA
CHF: 100.000 / FINMA 31842


www.bancosta.com



**PREMIUM PAYMENTS**

Underwriters, Assured shall pay the full annual premium in respect ofsuch vessel as provided by this Policy.

**CLAUSE:**

The (Re)Insured undertakes that premium will be paid in full to Underwriters within 60 days of inception of this policy (or, in respectof instalment premiums, when due).
If the premium due under this policy has not been so paid to Underwriters by the 60 day from the inception of this policy (and, in respect of instalment premiums, by the date they are due) Underwriters shall have the right to cancel this policy by notifying the(Re)Insured via the broker in writing.

In the event of cancellation, premium is due to Underwriters on a prorata basis for the period that Underwriters are on risk but the full policy premium shall be payable to Underwriters in the event of a loss or occurrence prior to the date of termination which gives rise toa valid claim under this policy.
It is agreed that Underwriters shall give not less than 15 days prior notice of cancellation to the (Re)Insured via the broker. If premiumdue is paid in full to Underwriters before the notice
period expires, notice of cancellation shall automatically be revoked.If not, the policy shall automatically terminate at the end of the notice period.
Unless otherwise agreed, the Leading Underwriter (and Agreement Parties if appropriate) are authorised to exercise rights under this clause on their own behalf and on behalf of all Underwriters participating in this contract. If any provision of this clause is found by any court or administrative body of competent jurisdiction to be invalid or unenforceable, such invalidity or unenforceability will not affect the other provisions of this clause which will remain in full forceand effect.
Where the premium is to be paid through a London Market Bureau, payment to Underwriters will be deemed to occur on the day of delivery of a premium advice note to the Bureau.
11/01 LSW3000

**PAYMENT TERMS:** Subject to Premium Payment Clause – LSW3000 with payment terms60 days of due dates as above

**ASSURED SAND MORTGAGEES:**

As per schedule C attached.

**CLASSIFICATION CLAUSE:**

Insurance is subject to the warranty that the vessels are classed as perattached schedule B and maintain such class during the whole period

[Digitare qui]
bc insurance sa
Via S. Salvatore, 7
CH-6900 Paradiso, Lugano - Switzerland

Tel.: +41 91 2251 067
E-mail: info@bcinsurance.ch

VAT - CHE 393.478.000 IVA
CHF: 100.000 / FINMA 31842


www.bancosta.com



of Insurance. If in case of damage the vessels are not classed as above,the Assured will lose the right to collect the relative indemnity, remaining the right of the Underwriters to collect the full premium.

**ORDER HEREON:**     02,50% of Sum Insured as per schedule A attached.

**LIST OF SECURITY:**

*02,50% placed through Messrs Banchero Costa SA as follows:*

Redbridge Insurance Company Limited through BC Insurance                               02,50%

**NOTICE OF**
**SUSPENSIONOF**
**INSURANCE**
**TO MORTGAGEE:**     Being hereby fully confirmed contents of "payment of premium clause" if the vessels are mortgaged, before exercising their right of suspension of insurance cover, the Underwriters hereon undertake togive exclusively to the Mortgagees a 14 days written notice, through the Brokers, and the opportunity of paying any outstanding premiums within such period of time. "For the sake of clarity it is hereby noted that in the Loss Payable Clause shall in no way be construed as implying any duty for the Underwriters to give collision and/or salvage guarantee (in the eventof bail required in order to prevent the arrest of the Vessel or to secure the release of the Vessel from arrest following a casualty) other than as provided for by "Guarantee Clause" in the Policy".

Yours faithfully,
BC Insurance SA

[Digitare qui]
**bc insurance sa**
Via S. Salvatore, 7
CH-6900 Paradiso, Lugano - Switzerland

Tel.: +41 91 2251 067
E-mail: info@bcinsurance.ch

VAT - CHE 393.478.000 IVA
CHF: 100.000 / FINMA 31842


www.bancosta.com

# **EXHIBIT 2**

# Redbridge.

## WORLDWIDE SUCCESS





ORPORATE ORGANIZATION CHART



XECUTIVE COMMITTEE



**EDMUND SANTIAGO**
esantiago@redbridge.cc
1-305-232-9040

101 Almeria Avenue
Coral Gables, Florida, 33134
EE.UU.

Miami

**ROBERTO GÓMEZ**
rgomez@redbridge.cc
1-809-540-3886

Calle 10, Julieta Morales, Santo
Domingo, Distrito Nacional,
República Dominicana

Rep.
Dominicana

**MARIO AGUILAR**
maguilar@redbridge.cc
+502-2330-1430

Avn. Reforma 6-64, Zona 9, Plaza
Corporativa, Torre 2Sto Nivel, Oficina
501 Ciudad de Guatemala, Guatemala

Guatemala

**VERNY MOYA**
vmoya@redbridge.cc
+506-2520-0210

350 metros Norte del centro de Alta
Tecnología Franklin Chang,
Rohrmoser, Pavas, san José, Costa Rica

Costa Rica

**ROSAURA HOYOS**
rhoyos@redbridge.cc
+507-6617-6072

Calle 50D Este, #34, Urbanizacion
Marbella, Panama, Panama

Panamá

Bermuda

Puerto Rico

Barbados

Uruguay

Argentina

**GREG MORRISON**
gmorrison@redbridge.cc
1-305-232-9040

7 Reid Street, 4ᵗʰ Floor, Hamilton,
Bermuda

**RAFAEL CLAUDIO**
rclaudio@redbridge.cc
1-787-726-1511

Calle San Antonio 1870 A- Parada
2#San Juan, Puerto Rico 00909
EE.UU.

**GREG MORRISON**
gmorrison@redbridge.cc
1-305-232-9040

Speghaven 6 Tino Terrace, Christ
Church, Barbados

**ALEJANDRA M DE FREITAS**
amdefreitas@redbridge.cc
+5982 901-8510

18 de Julio 1323 Piso 2
Montevideo, Uruguay 11100

**LAURA REDONDO**
lredondo@redbridge.cc
+54.911.6869.9663

Mariano Moreno 3983, Avellaneda
Provincia de Buenos Aires, Argentina.

LOCATIONS

■ Redbridge



| REINSURANCE MANAGERS | REINSURANCE AUDITS | INSURANCE COMPANY | ASSISTANCE COMPANY | MEDICAL PROVIDERS, NETWORKS & MANAGE CARE |
|---|---|---|---|---|
| Reinsurance Manager for Life, Health, Personal Accident, and Property & Casualty Reinsurance. | Insurance company audits on behalf of the Reinsurers. | Insurance and Reinsurance Company for Life, Health, Personal Accident, and Property & Casualty Insurance. | Emergency Assistance Services for: Travel Road Home Funeral Medical | Medical Claims processing, Medical Services Precertification, Medical Provider Networks, and Call Center. |
| USA, Argentina, Costa Rica | USA | Barbados | Costa Rica | North America Miami |

| REINSURANCE BROKERAGE Totall Re | | INSURANCE BROKERAGE Redbridge Insurance Agency & Essential Insurance Services | | Central America Costa Rica, Panamá, Guatemala |
|---|---|---|---|---|
| Reinsurance brokerage for Life, Health, Personal Accident, and Property & Casualty. | | Sales, Marketing and Administration of Life, Health, Personal Accident, and Property and Casualty Insurance and Assistance Programs. | | South America Uruguay |
| USA, Guatemala, Costa Rica, Dominican Republic | | USA, Costa Rica, Puerto Rico, Dominican Republic | | Caribbean Puerto Rico |

BUSINESS DESCRIPTION

Redbridge

Redbridge's servers are stationed at Terramark, a "state of the art" data center, featuring the most advanced security, redundant power and monitoring  system to ensure 24/7 availability, and  performs  the  most advanced colocation and cloud technology for unmatched performance.

The NAP of the Americas in Miami, Florida, is one of the largest and most connected datacenters in the world.

The Tier-IV class facility was the first purpose-built, carrier-neutral Network Access Point which brings together massive and diverse connectivity from more than 160 carriers, some of the largest and most demanding websites in the world.



SECURED DATA IN NAP

■Redbridge

- **ROS** (Redbridge Operating Systems)
- **WLT Software** (Health Insurance Admin System)
- **QL Admin** (Life Insurance Admin System)
- **REM** (Redbridge Electronic Underwriting Manual)
- **ReOS** (Reinsurance Admin System)
- **BRICS** (Claims Adjudication and Repricing)
- **Redbridge Travel Platform (RTP)-** Customized Web Based Travel Assistance Sales)
- **R.A.M.S.** (Redbridge Assist Management Services)-SARA
- **I.A.M.S.** (Insurance Agency Management System)
- **InbrokerRe** (Reinsurance Management System)
- **Barracuda Archiver** (Integrated solution to archive email communications throughout Redbridge organization.



ADMINISTRATIVE SYSTEMS

■Redbridge



- Germany
- American Samoa
- Anguilla
- Argentina
- Barbados
- Belgium
- Bolivia
- Caiman Island
- Costa Rica
- Dominican Republic
- Ecuador
- USA
- El Salvador
- Spain

- Guatemala
- Haiti
- Honduras
- Mexico
- Panama
- Paraguay
- Peru
- Puerto Rico
- United Kingdom
- Switzerland
- Surinam
- Turks & Caicos
- Uruguay
- Venezuela
- Western Samoa

ACTUAL MARKETS 

Redbridge

 

# Redbridge.
### Reinsurance Managers



**Redbridge Reinsurance Managers, LLC** underwrites and manages reinsurance coverage for a broad range of personal as well as property and casualty lines. Our pool of reinsurers is structured to underwrite health and life coverage. We offer a portfolio of services that provides cedent reinsurers and companies with  flexible and customized reinsurance services. **Redbridge Re** was approved as a Lloyd's Coverholder in 2014, and has since been actively engaged in the Property market in Latin America, as well as Life & Disability, and most recently Casualty, binding authorities through prominent Lloyd's Syndicates.

**OFFICES:** Miami, Guatemala, Argentina, and Costa Rica.

**INTEGRATED SERVICES:**
- Actuarial support
- Underwriting training and manuals
- Policy wording and benefit design
- Reinsurance audits
- Fiduciary financial management
- Medical Risk Management
- Multi-channel distribution

**Life, Accident & Health u/w**
- We can underwrite and manage a broad range of life, health, personal accident coverage and customized products.

**Property & Casualty u/w**
- Facultative and treaty reinsurance coverage for a broad range of property and casualty risk.

**Structured Reinsurance**
**Administration & Consulting Services**
**Brokerage for all Lines of Business**

EINSURANCE & INSURANCE

Redbridge

# Redbridge.
## Reinsurance Managers

**LLOYD'S**



## LIFE & HEALTH:

- Citadel Reinsurance Company Limited
- Ocean International Reinsurance Company Limited
- Orion Reinsurance (Bermuda) Limited
- Rainmaker Insurance SCC
- Redbridge Insurance Company Ltd
- Houston Casualty
- Property Reinsurance Co.

## PROPERTY & CASUALTY:

- ACE
- AIG
- Allianz
- American Home Assurance Company
- Amlin
- Arch Reinsurance
- Aspen
- AXA Corporate Solutions
- Berkley Insurance Company
- Catlin
- Chartis
- Chaucer
- Chubb
- Cía. Internacional de Seguros de Panamá
- CV Starr
- Eurasia
- Everest Re
- Flagstone
- General Insurance Corporation
- Hannover Ruck
- Infrassure
- Liberty Mutual Int
- Mapfre Re
- Munich Re
- Nationale Suisse
- Navigators
- Odyssey Re
- Partner Re
- Provincial de Reaseguros
- Reaseguradora Patria
- Royal and Sun Alliance
- R+V
- Scor Re
- Swiss Re
- Transatlantic
- Validus Re
- XL Re
- Zurich
- Lloyd's Syndicates

REINSURANCE SUPPORT

# Redbridge





REINSURANCE & INSURANCE



**Facultative Reinsurance Broker for Property and Casualty, Life & Health.**

- **Property & Casualty Reinsurance**
  Types of risk :
    - Construction / Installation, including Liability
    - Advance Loss of Profits
    - Coverage Long-term ( over 18 months)
    - Extended Maintenance Period
    - Coverage Test and Commissioning
    - Multiple insured Coverage

- **Professional and Financial Risks**
- **Political Risk and Terrorism**
- **Life & Health**
- **Personal Accident**



REINSURANCE, MARKETING & SALES

Redbridge



**Redbridge.**
Insurance Company, Ltd.

**Redbridge Insurance Company** is wholly owned by Redbridge Holding Inc. and provides insurance and reinsurance services to international markets.

**RICL** also acts as retrocessionaire on reinsurance generated and managed by Redbridge Reinsurance Managers, LLC, a subsidiary of Redbridge Group, through its participation in reinsurance services.

The company writes individual and group life and health business, as well as general insurance. We have a wide array of products addressing your life, safety, health, wealth, income and future, with the best offerings solutions in the international market.

NSURANCE & REINSURANCE



LIFE, HEALTH, PERSONAL ACCIDENT, AND PROPERTY & CASUALTY

**Redbridge**



**REDBRIDGE ASSIST** offers a large number of assistance plans for individuals, family, students, groups, companies, and for business or pleasure trips.

The Multi-Assistance program offers:
- Travel Assistance
- Funeral Assistance
- Road Assistance
- Home Assistance
- Medical Assistance
- Pharmacy Discounts

Redbridge worldwide Call Centers, with the advantages of extensive multilingual resources, provides VIP services 24 hours a day, 7 days a week, and handles all incoming calls for general service inquiries from members and providers throughout the world.



ASSISTANCE SERVICES PROGRAMS

EXPERTISE HUGHLIGHTS

Redbridge



**Redbridge** *Assist*

**TRAVEL ASSISTANCE**
- Emergency Medical and Dental Services
- Emergency Transportation
- Repatriation
- Legal Assistance
- Lost Baggage Service
- Lost Passport

**ROAD SERVICES**
- Towing Service for breakdown or accident
- Battery Boost
- Change of Tire
- Locksmith

**HOME**
- Plumbing
- Locksmith
- Electricity
- Glass

**FUNERAL**
- Burial Assistance
- Transfers to the Funeral and Cemetery
- Legal proceedings
- Linear Cutting Coffin or Urn if Cremated

**MEDICAL**
- Physician & Specialist Visits
- Labs, X-Rays, Ultrasound Exams
- Special & high complexity exams

**PHARMACY RX DISCOUNTS**
- Up to a 20% Discounts
- Generic and Register-Brand Medicines
- Accredited Pharmacies

And more...



ASSISTANCE SERVICES PROGRAMS

ASISTANCE SERVICES PROGRAMS

**Redbridge**





REDBRIDGE TRAVEL PARTNERS WEBSITES (RTP)

 **Redbridge**
Insurance Agency, LLC.



**REDBRIDGE INSURANCE AGENCY**, a leader in insurance management and support services, is strategically located in Coral Gables, Florida allowing us easy access to "Latin America, the Caribbean, Asia and Oceania", where we have a presence in many countries.

**The Insurance Agency** offers high quality specialized services, including trade promotion and sales support for international insurance products Life, Health, Personal Accident Insurance Property and Assistance Programs, among others, all specially designed to suit for sale "Individual, Group, Corporate or Bulk".

NSURANCE MARKETING & MANAGEMENT EXPERTISE

Redbridge





NSURANCE MARKETING & MANAGEMENT EXPERTISE



# Redbridge.
## Network & Healthcare

**GENERAL SCOPE OF SERVICES:**
- Medical case management
- Claims processing
- International 24/7 Call Center
- Preferred provider network access

**TECHNICAL CAPABILITIES:**
- Paper to EDI conversion
- Disaster recovery
- EDI routing
- Call tracking
- Ad-hoc and standard reporting

**CALL CENTER OPERATIONS**

Our worldwide Call Centers with the advantages of extensive multilingual resources provides VIP services 24 hours a day, 7 days a week for medical and non-medical situations to individuals and groups traveling outside their permanent country of residence. We handle all incoming calls including medical referrals, hospital admissions notifications and general service inquiries from members and providers throughout the world.

**OFFICES:** Miami, Costa Rica, Guatemala, Puerto Rico, Panama, Uruguay, and Argentina

NETWORK & HEALTHCARE

Redbridge

**REDBRIDGE CENTRAL AMERICA, SOUTH AMERICA AND CARIBBEAN PROVIDE SERVICES IN:**

- Managed Care program with a discount range of 10-25% on health provider pre-negotiated fees
- Development and Administration of Outpatient Health Plans
- Special care for the terminally ill patient
- Development and Administration of different Assistance Programs (Road, Home, Travel, Funeral, Dental and Ophthalmological Care)
- Worldwide coordination of benefits with an average of more than 10,000 assists coordinated during these past 3 years
- Property and Casualty Reinsurance
- Development and Administration of Self-Funded Health Plans
- Comprehensive Reinsurance Audits
- Life and Health Insurance Underwriting
- Service Administration for Insurance Companies
- 7-days, 24-hour State of the Art Call Center
- Claims adjusted in less than 20 days



COSTA RICA, GUATEMALA, URUGUAY, PANAMA, PUERTO RICO

Redbridge

# Redbridge.

## WORLDWIDE SUCCESS

