UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------X
BC INSURANCE SA                                  :
on its own behalf                                :
and as placing brokers and agents for            :
EUROBULK LTD.,                                   :                    ___-_____
                                                 :
                         Plaintiff,              :
                                                 :
        - against -                              :
                                                 :
REDBRIDGE INSURANCE                              :
COMPANY LTD                                      :
                         Defendant.              :
-------------------------------------------------------X

## DECLARATION IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

Thomas L. Tisdale, declares upon penalty of perjury as follows,

1.      I am a member of the bars of the States of New York, Connecticut, Massachusetts

and numerous federal courts and represent the Plaintiff herein.  My application for admission *pro*

*hac vice* to this Honorable Court will be filed shortly.   I am familiar with the facts of this case

and make this Declaration in support of Plaintiff's prayer for the issuance of a Writ of Maritime

Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the

Federal Rules of Civil Procedure and Local Admiralty Rule B(1) of the S.D. Fla. Local Rules.

### THE DEFENDANT IS NOT FOUND WITHIN THIS DISTRICT

2.      I have attempted to locate the Defendant, REDBRIDGE INSURANCE

COMPANY LIMITED ("Defendant" or "RICL"), within this District.   As part of my attempt to

ascertain whether Defendant can be "found" within the District, I took the following actions.

3.      I searched the State of Florida Division of Corporations database and did not find

a listing for Defendant "REDBRIDGE INSURANCE COMPANY LIMITED" or "REDBRIDGE

INSURANCE COMPANY LTD."  A screen print of the results of my search is attached hereto as

**Exhibit 1**.  They are neither registered to do business nor have they appointed an agent for service of process here.

4.      I located a listing for an entity identified as "Redbridge Group, LLC" which is identified as a Florida LLC with a Coral Gables address.  A true and correct copy of this listing is attached hereto as **Exhibit 2**.  This listing identifies the Defendant RICL as a member-manager of Redbridge Group, LLC and lists Defendant's address in Barbados.   The Florida Division of Corporations search yielded numerous Redbridge entities, some of which appear to be affiliated in some way with Defendant RICL.

5.      I performed a Google search for the Defendant RICL which directed me to a website which contains Redbridge's representations concerning the Redbridge companies.   *See* website printout, attached hereto as **Exhibit 3**.   This website indicates Defendant's place of business and address is in Barbados and goes on to reference numerous affiliated entities around the world, many of which bear some iteration of the name Redbridge.

6.      This website contains an informational chart which details the organizational structure of the Redbridge stable of entities.   **Exhibit 4** hereto is a true and correct copy of this chart.   The website states, "**Redbridge Insurance Company, Ltd. (RICL)** is an insurance and reinsurance company founded in 2010 in Barbados, and is part of Redbridge Holding Inc., a conglomerate specialized in the administration of insurance and reinsurance worldwide." https://redbridgeinsurance.com/index.php?option=com_content&view=article&id=1&Itemid=10 98&lang=en (last visited April 22, 2024).

7.      The organizational chart indicates that Redbridge Holding, LLC is an entity organized in Puerto Rico.  The organizational chart also indicates that Redbridge Group, LLC is a subsidiary of Defendant RICL.  See **Exhibit 4** hereto.

8.     Furthermore, the Google search of "Redbridge Insurance Company Ltd" did not yield contact information for RICL in Florida other than contact information for other Redbridge entities or any indication that RICL has a general agent or agent for service of process in Florida.

9.     I was not able to locate an agent for service of process for Defendant within this Judicial District.

10.    As discussed more fully in the memorandum of law submitted herewith, Defendant's subsidiary's presence in Florida and ability to be served with process in this District cannot be imputed to the parent Defendant and is insufficient to render Defendant "found" within the District within the meaning of Rule B.  Plaintiff's claim for breach of an insurance policy does not relate to Redbridge Group LLC of Florida.  Further, under the Supreme Court's decision clarifying general personal jurisdiction in *Daimler AG v. Bauman,* 571 U.S. 117 (2014), a Florida Court would not be able exercise general personal jurisdiction over Defendant.

11.    I submit that Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions and S.D.Fla. Local Admiralty Rule B(1).

12.    Upon information and belief, the Defendant has, or will have during the pendency of this action, tangible and/or intangible property within the District subject to the jurisdiction of this Court in the form of funds owned by, due and owing to, or held for the benefit of the Defendant in the hands of FirstBank of Florida, which has a place of business in Coral Gables, FL.  The basis of this belief is information which is available in the industry regarding RICL's use of a bank account in this District.  The accompanying Declaration of BC Insurance sets forth information

regarding the policy, Defendant's breach, and the basis for Plaintiff's attachment of property located in the District.

PRAYER FOR RELIEF FOR AN ORDER ALLOWING SPECIAL PROCESS SERVER

13.     Plaintiff seeks an Order, pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, appointing Thomas L. Tisdale and Timothy J. Nast of Tisdale & Nast Law Offices, LLC and Andrew Spector or any other partner, associate, counsel, paralegal or agent of Tisdale & Nast Law Offices, LLC and Spector Rubin P.A., respectively, or other individual authorized under the law, to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process, including any amended pleadings filed in this action upon the garnishee FirstBank of Florida, who, based upon information and belief may hold assets of, for or on account of the Defendant.

14.     Considering the need for prompt service, Plaintiff respectfully requests permission to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Ex Parte Order of Maritime Attachment and Garnishment, Interrogatories or other process upon said Garnishee by verifiable electronic means including facsimile and e-mail.

15.     Plaintiff seeks this Order to serve the Process of Maritime Attachment and Garnishment with deliberate speed to fully protect itself against the potential of being unable to satisfy any judgment or award obtained by Plaintiff against Defendant.  A proposed order has been supplied herewith.

16.     To the extent that Plaintiff's Application for an Order appointing a special process server does not involve the restraint of physical property, service does not need to be executed by the Marshal's Office.  Service sought to be carried out by Plaintiff is the delivery of the Process of

Maritime Attachment and Garnishment to the garnishee identified in the writ via verifiable electronic means.

PRAYER FOR RELIEF TO SERVE LATER IDENTIFIED GARNISHEES

17.    Plaintiff further requests that this Court grant it leave to serve any additional garnishee(s) who may, upon information and belief, obtained in the course of this litigation, be holding or believed to be holding, property of the Defendant, within this District.  Obtaining leave of Court at this time to serve any later identified garnishee(s) will allow for prompt service of the Writ of Maritime Attachment and Garnishment without the need to present to the Court amended Process to add future identified garnishee(s).

PRAYER FOR RELIEF TO DEEM SERVICE CONTINUOUS

18.    Plaintiff also respectfully requests that the Court grant it leave, as set out in the accompanying Ex Parte Order for Process of Maritime Attachment, for any process that is served on a garnishee to be deemed effective and continuous service of process throughout any given day on which process is served through the next day, provided that process is served the next day, to authorize service of process via facsimile or e-mail following initial *in personam* service.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May 1, 2024

Thomas L. Tisdale

# **EXHIBIT 1**

nSearch/ByName



epartment of State / Division of Corporations / Search Records /

## Search for Corporations, Limited Liability Companies, Limited Partnerships, and Trademarks by Name

Entity Name: redbridge insurance company ltd.

Search Now

### Other Search Options

Search by:

- **Entity Name**
- Officer/Registered Agent
- Registered Agent Name
- Trademark Name
- Trademark Owner Name
- FEI/EIN
- Detail by Document Number
- Zip Code
- Street Address

Need more help? Review our Corporation Records Search Guide

Florida Department of State, Division of Corporations

nSearch/ByName



DIVISION *of*
**CORPORATIONS**
*an official State of Florida website*

epartment of State  /  Division of Corporations  /  Search Records  /

## **Search for Corporations, Limited Liability Companies, Limited Partnerships, and Trademarks by Name**

Entity Name: redbridge insurance company limited

Search Now

### **Other Search Options**

Search by:

- Entity Name
- Officer/Registered Agent
- Registered Agent Name
- Trademark Name
- Trademark Owner Name
- FEI/EIN
- Detail by Document Number
- Zip Code
- Street Address

Need more help? Review our Corporation Records Search Guide

Florida Department of State, Division of Corporations

'Inquiry/CorporationSearch/SearchResults/EntityName/redbridge%20insurance%20company%20limited/Page1?searchNameOrder=REDBRIDGEINSURANCE   ☆

Search

## Entity Name List

| Corporate Name | Document Number | Status |
|---|---|---|
| REDBRIDGE INSURANCE COMPANY | P12000066704 | NAME HS |
| REDBRIDGE INSURANCE COMPANY | P12000066704 | INACT |
| REDBRIDGE INSURANCE AGENCY, LLC | L09000055769 | Active |
| REDBRIDGE INSURANCE SERVICES COMPANY | P12000066704 | NAME HS |
| RED BRIDGE INVESTMENTS, LLC | L13000121376 | INACT |
| REDBRIDGE MARKETS LLC | L22000234786 | Active |
| REDBRIDGE NETWORK & HEALTHCARE, LLC | L16000031765 | INACT |
| REDBRIDGE NETWORK & HEALTHCARE, INC. | P05000078531 | INACT |
| REDBRIDGE NETWORK & HEALTHCARE, LLC | W16000005838 | Active |
| REDBRIDGE NETWORK OF MIAMI, INC. | P06000091068 | INACT |
| RED BRIDGE OPERATIONS, LLC | L02000010991 | INACT |
| REDBRIDGE PROPERTIES, LLC | L10000013688 | INACT |
| REDBRIDGE PROPERTIES, LLC | L14000101487 | Active |
| REDBRIDGE PROPERTY, LLC | W17000008039 | Active |
| REDBRIDGE PROPERTY 1, LLC | M17000000850 | Active |
| REDBRIDGE PROPERTY INVESTMENTS, LLC | L23000469024 | Active |
| REDBRIDGE REAL ESTATE, LLC | L16000221877 | INACT/UA |
| REDBRIDGE REALTY, LLC | L11000082808 | Active |
| REDBRIDGE REINSURANCE MANAGERS, LLC | L08000006550 | NAME HS |
| REDBRIDGE REINSURANCE MANAGERS, INC | P08000001619 | NAME HS |

Next List

redbridge insurance compa

Search

Florida Department of State, Division of Corporations

/Inquiry/CorporationSearch/SearchResults/EntityName/redbridge%20insurance%20company%20ltd./Page1?searchNameOrder=REDBRIDGEINSURANCE  ☆

Department of State / Division of Corporations / Search Records / Search By Entity Name /

Next List                                                     redbridge insurance compa
                                                                     Search

## Entity Name List

| Corporate Name | Document Number | Status |
|---|---|---|
| REDBRIDGE INSURANCE COMPANY | P12000066704 | NAME HS |
| REDBRIDGE INSURANCE COMPANY | P12000066704 | INACT |
| REDBRIDGE INSURANCE AGENCY, LLC | L09000055769 | Active |
| REDBRIDGE INSURANCE SERVICES COMPANY | P12000066704 | NAME HS |
| RED BRIDGE INVESTMENTS, LLC | L13000121376 | INACT |
| REDBRIDGE MARKETS LLC | L22000234786 | Active |
| REDBRIDGE NETWORK & HEALTHCARE, LLC | L16000031765 | INACT |
| REDBRIDGE NETWORK & HEALTHCARE, INC. | P05000078531 | INACT |
| REDBRIDGE NETWORK & HEALTHCARE, LLC | W16000005838 | Active |
| REDBRIDGE NETWORK OF MIAMI, INC. | P06000091068 | INACT |
| RED BRIDGE OPERATIONS, LLC | L02000010991 | INACT |
| REDBRIDGE PROPERTIES, LLC | L10000013688 | INACT |
| REDBRIDGE PROPERTIES, LLC | L14000101487 | Active |
| REDBRIDGE PROPERTY, LLC | W17000008039 | Active |
| REDBRIDGE PROPERTY 1, LLC | M17000000850 | Active |
| REDBRIDGE PROPERTY INVESTMENTS, LLC | L23000469024 | Active |
| REDBRIDGE REAL ESTATE, LLC | L16000221877 | INACT/UA |
| REDBRIDGE REALTY, LLC | L11000082808 | Active |
| REDBRIDGE REINSURANCE MANAGERS, LLC | L08000006550 | NAME HS |
| REDBRIDGE REINSURANCE MANAGERS, INC | P08000001619 | NAME HS |

Next List                                                     redbridge insurance compa
                                                                     Search

# **EXHIBIT 2**



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
REDBRIDGE GROUP, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L08000006550 |
| **FEI/EIN Number** | 26-1788915 |
| **Date Filed** | 01/17/2008 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 02/07/2022 |
| **Event Effective Date** | NONE |

**Principal Address**

1300 Ponce de Leon Blvd Suite 103
CORAL GABLES, FL 33134

Changed: 01/31/2019

**Mailing Address**

1300 Ponce de Leon Blvd Suite 103
CORAL GABLES, FL 33134

Changed: 01/31/2019

**Registered Agent Name & Address**

WEIL, LAURIE
1300 Ponce de Leon Blvd Suite 103
CORAL GABLES, FL 33134

Name Changed: 07/20/2009

Address Changed: 01/31/2019

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

REDBRIDGE INSURANCE COMPANY LTD
c/o American International Insurance Managers, Ltd.
St. James House, 2nd Street
Holetown, St. James BB

Title MGR

SANTIAGO, EDMUND
1300 Ponce de Leon Blvd Suite 103
CORAL GABLES, FL 33134

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2022 | 02/07/2022 |
| 2023 | 01/18/2023 |
| 2024 | 02/01/2024 |

**Document Images**

| | |
| --- | --- |
| 02/01/2024 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2022 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2022 -- Merger | View image in PDF format |
| 11/08/2021 -- LC Name Change | View image in PDF format |
| 03/15/2021 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2020 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2012 -- LC Amendment | View image in PDF format |
| 01/12/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2011 -- ANNUAL REPORT | View image in PDF format |
| 11/16/2010 -- LC Amendment | View image in PDF format |
| 10/14/2010 -- LC Amendment | View image in PDF format |
| 01/12/2010 -- ANNUAL REPORT | View image in PDF format |
| 10/27/2009 -- LC Amendment | View image in PDF format |
| 07/20/2009 -- Reg. Agent Change | View image in PDF format |
| 06/10/2009 -- LC Amendment | View image in PDF format |
| 01/21/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2008 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# EXHIBIT 3



⌒ +305 232 9040 (tel:+3052329040)    ✉ info@redbridge.cc (mailto:info@redbridge.cc)    ⓘ Login

 

# Unparalleled Outsourcing Solutions
## to all areas of your insurance and reinsurance operations.

We are the leading group in support services through insurance, reinsurance and global consulting for Latin America & the Caribbean. Our insurance and reinsurance services are structured to underwrite life, accident, health and general insurance coverage. Through our team of professionals highly versed in various disciplines and our own technological platform, developed to put in your hands the total control of daily operations, we will offer cutting-edge perspectives that will help transform the performance of your operations for greater profitability. We want to be the best group of support services in the region connected through a common technological platform, with unified operations and optimized resources, to provide a better service.

¡Conoce a Redbridge! Video Corporativo.



# Message from Redbridge Chairman & CEO

 The Redbridge companies work in the insurance and reinsurance industry in different ways. We offer reinsurance management services and coverage for life and health and property and casualty risks, as well as direct insurance in niche markets. Through our global presence and our activities in all insurance and reinsurance lines of business, we achieve optimal risk diversification. In this way, Redbridge is becoming one of the premier sources of insurance and reinsurance products and services in the markets that it serves.

Our main objective is to improve the commercial success of our reinsured clients through the services we offer as a reinsurance manager and as a reinsurer. We offer all standard reinsurance products, as well as specially adapted solutions that add value to both contracting parties. Regardless of the size of the account, we offer you the appropriate price for the risk, adequate risk capacity, flexible contracts adapted to your needs and a promise of reliability in fulfilling our contractual obligations.

We believe that the commercial relationships that we establish should be of a long-term nature and are intended to bring consistent benefits to both parties. It is for this reason that we place special emphasis on the qualifications, experience and commitment of our staff. Our strategic approach to human resources allows us to harmonize the size and skills of our staff with the current and future requirements of our company as a leader in the global insurance and reinsurance market.

Redbridge focuses primarily on the life, health, and property & casualty markets in Latin America. We offer insurance and reinsurance coverages through Redbridge Insurance Company, Ltd. (Barbados) and related services through a network of companies in Miami, Costa Rica, Puerto Rico, Guatemala, Argentina, Panama, Uruguay, and Dominican Republic.

Focusing on the customer and building a strong portfolio of satisfied customers is the key to our long-term success. Redbridge is committed to building and maintaining mutually beneficial relationships.

Technical expertise is the foundation upon which Redbridge was built. We will continually strive to add to our base knowledge and skills for the benefit of our company and our clients.

Redbridge Group, LLC, known as Redbridge has grown considerably in recent years. We have become a very significant life, health, and property & casualty insurance and reinsurance organization due to the risks we assume and the services we provide in many specialized product areas. Our goal is to continue this growth and to become the leader in life, health and property & casualty reinsurance and insurance in Latin America through the development of solid and lasting relationships with our customers.

**Edmund Santiago, ASA, MAAA**

# Corporate Organization Chart



# Main Services



## Reinsurance Managers

Reinsurance Manager for Life, Health, Personal Accident, and Property & Casualty Reinsurance. We are a world-renown reinsurance manager and intermediary providing the underwriting and administration services involved in getting an insurance company reinsurance coverage through specific contracted reinsurers. More Info... (/index.php/services/reinsurance-managers)



## Reinsurance Brokerage

Total Re- Reinsurance brokerage for Life, Health, Personal Accident, and Property & Casualty.
Main Products & Services: Property, Damage, Construction & Engineering, Professional & Financial Risk, Political Risk & Terrorism, Marine, and Aviation. More Info... (/index.php/services/reinsurance-brokerage)



## Assistance Company

Emergency Assistance Services for Travel, Funeral, Road, Home, Medical, and more.

REDBRIDGE ASSIST offers a large number of assistance plans for individuals, family, students, groups, companies, and for business or pleasure trips.

The Multi-Assistance program offers: Travel, Funeral, Road, Home, and Medical Assistance, and Pharmacy Discounts. More Info... (/index.php/services/assistance-company)



## Call Center

7-days, 24-hour State of the Art Call Center. Worldwide coordination of benefits and assistance services.

Redbridge worldwide Call Centers, with the advantages of extensive multilingual resources, provides VIP services 24 hours a day, 7 days a week, and handles all incoming calls for general service inquiries from members and providers throughout the world. More Info... (/index.php/services/call-center)



## Insurance Company

Insurance and Reinsurance Company for Life, Health, Personal Accident, and Property & Casualty Insurance.

The company writes individual and group life and health business, as well as general insurance. We have a wide array of products addressing your life, safety, health, wealth, income and future, with the best offerings solutions in the international market. More Info... (/index.php/services/insurance-company)



## Insurance Brokerage

Redbridge Insurance Agency & Essential Insurance Services- Sales, Marketing and Administration of Life, Health, Personal Accident, and Property and Casualty Insurance and Assistance Programs.

The Insurance Agency offers high quality specialized services, including trade pro[...]
sales support for international insurance products Life, Health, Personal Accider[...]
Property and Assistance Programs, among others, all specially designed to suit f[...]
"Individual, Group, Corporate or Bulk". More Info... (/index.php/services/insuran[...]



## Redbridge Network & Healthcare

Medical Claims processing, Medical Services Precertification, Medical Provider Networks, and Call Center.

GENERAL SCOPE OF SERVICES: Medical case management, Claims processing, International 24/7 Call Center, Preferred provider network access. More Info... (/index.php/services/medical-providers-networks-manage-care)



## Redbridge Solutions

Audits of reinsurance clients or other insurance companies, including premium, claims, and underwriting to ensure adherence to guidelines, procedures and accuracy. More Info... (/index.php/services/reinsurance-audits)

# Redbridge Offices



## OUR BUSINESS ASSOCIATES







Terms and Conditions of Use (/index.php/helpful-links/terms-and-conditions-of-use) | Privacy Policy (/index.php/helpful-links/privacy-policy)

Redbridge is Certified ISO 27001 since 2021 by NSF-ISR (https://www.nsf-isr.org)

© 2023 Redbridge. All Rights Reserved.

ance.com/index.php?lang=en  ☆



Edmund Santiago, RICL's President and CEO, proudly announced this recognition by A.M. Best as a significant achievement for the company. This accomplishment is the result of our commitment to our business partners and clients and is a positive reflection of the company's operating model and long term business strategy.

Founded in 1899, A.M. Best is one of the oldest and most authoritative insurance rating entities. Ratings are assigned after an extensive quantitative and qualitative evaluation of the company's finances and operating performance. For more information on A.M. Best ratings, its rating process and methodologies, visit www.ambest.com to view the A.M. Best Report.

We are very excited about the future and the opportunities this rating will bring our company, Mr. Santiago said. It provides our partners, clients and prospective clients the confidence to choose Redbridge Insurance Company, Ltd.

Download AMBest Press Release

---

**Redbridge Group of Florida** is an insurance corporation specialized in Global Operations. The company offers a vast array of services including Underwriting, Reinsurance and Consulting.

**Redbridge Insurance Company, Ltd's** products are not offered in the USA.

---

na Administrativa / **Administrative Office**
ndge Group of Florida, Inc.
Ponce de Leon Blvd, Suite 103, Coral Gables, FL 33134 – USA

nes y Condiciones /Terms & Conditions I Politica de Privacidad / Privacy Policy

Redbridge is Certified ISO 27001 since 2021 by NSF-I

☎ Click to C

☎ +1.786.345.1769 | +1.877.244.91

× +

urance.com/index.php?lang=en ☆

Redbridge.

Insurance Company, Ltd. 

HOME    ABOUT US    PRODUCTS    INSURED    CONSULTANTS    PROVIDERS



### ABOUT REDBRIDGE

edbridge Insurance Company, Ltd. is an insurance nd reinsurance company founded in 2010 in Barbados, nd is part of Redbridge Holding Inc., a conglomerate pecialized in the administration of insurance and insurance worldwide.

edbridge Insurance Company, Ltd has a Best's Credit ating of B ++.
o see the latest rating, access www.ambest.com.

Read more...

### OUR PRODUCTS

**Redbridge** underwrites a large variety of Life and Health (Individual and Group) products, as well as Property and Casualty products. All of our Health products count with a vast Provider's Network in the USA and Lain America.

Our diverse range of products and services, provide our clients with a competitive advantage on accessing emerging insurance markets in the world.

Read more...

### CUSTOMER SERVICE

24 hours a day, 7 days a week, and 365 days a year, we are at your disposal to attend all your queries. Our highly specialized personnel will provide the best advise and will coordinate all the services your would require.

We count with a team of trained dynamic professionals, engaged in providing support and advice to each one of our clients around the world.



# Corporate Organization Chart



# EXHIBIT 4



# Corporate Organization Chart

