**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-21710-BLOOM/Elfenbein**

BC INSURANCE SA,
on its own and as placing broker and agent for
EUROBULK LTD.

      Plaintiff,

v.

REDBRIDGE INSURANCE CO., LTD.,

      Defendant.

v.

FIRSTBANK FLORIDA,
Garnishee.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [44] ("Stipulation"), filed on December 27, 2024. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [44]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 24-cv-21710-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 27, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record

2